# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

STANLEY K. BURKE                                                                    PLAINTIFF


v.                                   NO. 2:16-cv-00104 JLH/PSH


RORY GRIFFIN, A.P.N. DRUMMOND,                                      DEFENDANTS
and AMY ROLAND


## FINDINGS AND RECOMMENDATION


## INSTRUCTIONS


The following proposed Findings and Recommendation have been sent to United States District Judge J. Leon Holmes. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection, and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

FINDINGS AND RECOMMENDATION

Plaintiff Stanley K. Burke ("Burke") began this case by filing a complaint pursuant to 42 U.S.C. 1983. In the complaint, he alleged that the defendants were, and continue to be, deliberately indifferent to his serious medical needs. He joined his complaint with the pending petition for alternative public service work and/or dismissal of his fine. See Document 4. In the petition, Burke alleged that he cannot pay the fine imposed by the state trial court as a part of his sentence. He asked that the fine be dismissed and he be ordered to instead perform a period of public service upon his release from custody.

The proper construction of Burke's petition for alternative public service work and/or dismissal of his fine is not easy. It can be construed as a motion to amend, as a motion for preliminary relief, or simply as an addendum to his complaint. Regardless of how the petition is construed, the undersigned recommends that it be denied sua sponte. The undersigned so recommends for three reasons. First, the claim set forth in the petition is unrelated to the claims in the complaint and can be, and should be, raised in a separate proceeding. Second, the claim in the petition is analogous to a challenge to a state sentence and thus more in the nature of a claim seeking habeas corpus relief, not relief in a complaint pursuant to 42 U.S.C. 1983. See 28 U.S.C. 2254. Third, assuming Burke could obtain the relief he seeks in a complaint pursuant to 42 U.S.C. 1983, he has not alleged the violation of a constitutional right. See Ernst v. Hinchliff, 129 F.Supp. 3d 695 (D.Minn. 2015) (plaintiff in 1983 case must show deprivation of constitutional right).

CONCLUSION

IT IS THEREFORE RECOMMENDED THAT plaintiff Stanley K. Burke's petition for

alternative public service work and/or dismissal of fine (Document 4) be denied.

DATED this 26th day of August, 2016.

_____

UNITED STATES MAGISTRATE JUDGE