IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

STANLEY K. BURKE            PLAINTIFF

v.            NO. 2:16-cv-00104 JLH

RORY GRIFFIN, A.P.N. DRUMMOND, and            DEFENDANTS
AMY ROLAND

## ORDER

The Court has received findings and a recommendation from Magistrate Judge Patricia S. Harris. No objections have been filed. After a careful, <u>de novo</u> review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The petition for alternative public service work and/or dismissal of fine filed by plaintiff Stanley K. Burke is denied.

IT IS SO ORDERED this 19th day of September, 2016.

_____
UNITED STATES DISTRICT JUDGE