**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**STANLEY K. BURKE**                                                                          **PLAINTIFF**

**v.**                                    **NO. 2:16CV00104 JLH/PSH**

**RORY GRIFFIN; PATRICK DRUMMOND;
and AMY ROLAND**                                                       **DEFENDANTS**

## ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge Patricia S. Harris. No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Patrick Drummond and Amy Roland's motion to dismiss is GRANTED. Document #17. Stanley K. Burke's claims against Drummond and Roland are dismissed without prejudice.

IT IS SO ORDERED this 14th day of December, 2016.

                                                           _____
                                                           UNITED STATES DISTRICT JUDGE