**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

STANLEY K. BURKE                                                                                          PLAINTIFF
ADC #151700

V.                                            NO: 2:16CV00104 JLH/PSH

RORY GRIFFIN *et al*                                                                                   DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Proposed Findings and Recommendation have been sent to United States District Judge J. Leon Holmes. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff Stanley K. Burke, a former Arkansas Department of Correction (ADC) inmate, filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on August 8, 2016. On January 30, 2017, after mail sent to Burke at his address of record was returned as undeliverable, the Court entered an order directing Burke to file a notice of his current mailing address within 30 days. Doc. No. 28. That same order warned Burke that his failure to comply would result in the recommended dismissal of his complaint. More than 30 days have passed, and Burke has not updated his address or otherwise responded to the Court's order. Mail sent recently to Burke at his address of record has been

returned as undeliverable, and Burke is not listed as a current inmate on the ADC's public website. Doc. No. 29. Under these circumstances, the Court concludes that Burke's complaint should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion). In light of this recommendation, all pending motions should be denied as moot.

    IT IS THEREFORE RECOMMENDED THAT:

    1.    Plaintiff Stanley K. Burke's complaint be DISMISSED WITHOUT PREJUDICE for failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order.

    2.    All pending motions be DENIED AS MOOT.

    3.    The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

    DATED this 7th day of March, 2017.

                                                             UNITED STATES MAGISTRATE JUDGE