# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

STANLEY K. BURKE                                                                                          PLAINTIFF
ADC #151700

V.                                            NO: 2:16CV00104 JLH

RORY GRIFFIN *et al*                                                                                  DEFENDANTS

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.  The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 30th day of March, 2017.

_____
UNITED STATES DISTRICT JUDGE